Rel: July 11, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2025-0004

Shevita Cooper v. Franklin Smith, as administrator of the Estate of Irene S. McKenzie, deceased (Appeal from Calhoun Circuit Court: CV-23-900555).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Sellers, Cook, and Lewis, JJ., concur.